# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 16-02198 |
| | ) | |
| BRIAN AND LOURDES BAUMAN, | ) | Chapter 13 |
| | ) | |
| | ) | JUDGE BARNES |
| Debtor(s). | ) | |

## NOTICE OF OBJECTION

*The following parties have been served via electronic mail:*
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Ch. 13 Trustee: courtdocs@chi13.com

*The following party(s) have been served via regular US mail:*
See attached list

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his or her stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Objection to Claim No. 7.1 (Argon Credit),** at which time and place you may appear.

  JUDGE:  BARNES
  ROOM:  644
  DATE:  February 27, 2020
  TIME:  10:00 AM

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before February 12, 2020, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: 2/12/2020   /s/ Robert C. Bansfield Jr.
                Robert C. Bansfield Jr., A.R.D.C. #6329415
                Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

*To the following persons or entities who have been served via U.S. Mail*:

Eugene Crane, Chapter 7 Trustee of Argon Credit, LLC
Crane, Heyman, Simon, Welch, & Clar
135 S LaSalle Ste. 3705
Chicago, IL 60603

Peter J Roberts, counsel for Fund Recovery Services, LLC
Fox Rothschild LLP
321 North Clark St. Suite 1600
Chicago, IL 60654