UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-02198 |
| BRIAN AND LOURDES BAUMAN, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER SUSTAINING OBJECTION TO CLAIM NO. 7.1 (ARGON CREDIT)

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given,

IT IS HEREBY ORDERED:

1) Claim No. 7.1 (Argon Credit) is disallowed.

2) No further funds shall be sent to Argon Credit.

3) All funds sent and returned shall be used to pay the other creditors of the Debtors.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 27, 2020

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtors
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com